1 THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
2 LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
3 SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 San Diego, California 92101
(t) 619.231.0303
5 (f) 619.231.4755

6 Attorneys for Defendant MIDLAND
CREDIT MANAGEMENT, INC.

7

8 # UNITED STATES DISTRICT COURT

9 ## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11 TAVIA LAWSON, | Case No. |
| 12         Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
| 13     v. | State Court Complaint filed 4/17/14 |
| 14 MIDLAND CREDIT MANAGEMENT, INC., | |
| 15         Defendant. | |

16

17

18     TO THE CLERK OF THE COURT:

19     PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331,

20 Defendant Midland Credit Management, Inc. ("Midland") hereby removes this

21 action from the Superior Court of the State of California for the County of Los

22 Angeles, Case No. 14K05510 (the "State Case") to the United States District Court

23 for the Central District of California, Western Division. The grounds for this

24 removal are:

25     **FACTUAL SUMMARY**

26     1.     On April 17, 2014, plaintiff Tavia Lawson commenced the State Case

27 alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. §

28 1692 *et seq*.), and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code

§ 1788 *et seq.*).

2. Midland was served with the summons and complaint on June 04, 2014.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claim because it is so related to the claim over which the district court has original jurisdiction that it "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. § 1446(a), Midland attaches as Exhibit 1 a copy of all process, pleadings, and orders in the State Court action.

DATED: July 2, 2014

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: *s/ Thomas F. Landers*
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INDEX TO EXHIBITS**

Pages

Exhibit 1:   State Court Action.................................................................................   1-11