LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAVIA LAWSON,** | Case No. 2:14-cv-05152-JEM |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming.

Respectfully submitted this 11th day of February, 2015.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1 Filed electronically on this 11th day of February, 2015, with:

2
3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system to:

5
Honorable Judge John E. McDermott
6 United States District Court
7 Central District of California

8 Leah S Strickland
9 Solomon Ward Seidenwurm & Smith LLP

10
Thomas F Landers , Jr
11 Solomon Ward Seidenwurm & Smith LLP

12

13 This 11th day of February, 2015.

14
s/Todd M. Friedman
15 Todd M. Friedman

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement - 2